### (August 22, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY R. GREEN, Also Known as MARVIN SPELL, Petitioner, v E. W. JONES, as Superintendent of Great Meadows Correctional Facility, Respondent.—Motion for extension of time within which to seek permission to appeal from judgment of this court dated September 28, 1978 denying writ of habeas corpus. Motion denied, without costs, on ground such an extension is not permitted by law (CPLR 5514, subd [c]).

■ In the Matter of the Claim of EDWARD KOWALCZYK, Appellant, v BROOKLYN TERMINAL STORES et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.—Motion by claimant-appellant for permission to prosecute appeal as a poor person and for assignment of counsel. Motion granted, without costs, only to the extent that the appeal may be heard upon the board's original file and upon seven copies of a brief and appendix containing those papers filed on claimant-appellant's application for reconsideration. Upon this appeal, the court's review will be limited to the question of whether the board's denial of reconsideration was arbitrary or capricious *(Matter of Barrow v Loon Lake Hotel,* 3 AD2d 783, 784). Motion in all other respects denied. Mahoney, P. J., Sweeney, Main, Mikoll and Herlihy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHESTER DAVIS, Petitioner, v EUGENE S. LEFEVRE, as Superintendent of Clinton Correctional Facility, Respondent.—Motion for permission to appeal to this court from order of Supreme Court, Clinton County, dated March 19, 1979, which denied application for writ of habeas corpus. Motion denied, without costs, on ground the order is appealable as of right pursuant to CPLR 7011.